# In the United States District Court for the
# Middle District of Georgia
# Valdosta Division

| | |
|---|---|
| William **Shiver**, Plaintiff, vs. Kilolo **Kijakazi**, Acting Commissioner of Social Security, Defendant. | Civil Action No. **7:19-cv-102** |

## Plaintiff's Notice Regarding Attorney's Fees

Plaintiff, William Shiver, in compliance with the Court's Order issued on September 22, 2022 hereby informs the Court that the undersigned attorney chooses to be awarded $2,125.00 in attorney fees pursuant to 42 U.S.C. § 406(b)(1). Upon receipt of the fee from the Social Security Administration the undersigned attorney will refund to the Plaintiff the Equal Access to Justice Act fee of $412.29 previously received.

This September 26, 2022.

*/s/ Charles L. Martin*
Charles L. Martin
Georgia Bar No. 472525
Attorney for Plaintiff
Martin, Jones & Piemonte
Business Email: service@mjpdisability.com
Fax: (888) 490-1315

Decatur Office
123 N. McDonough Street
Decatur, GA 30030
Phone: (404) 373-3116

SO ORDERED this 28th day of September, 2022.

W. Louis Sands, Sr. Judge
United States District Court

1