IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM SHIVER, | * |
| Plaintiff, | * |
| v. | Case No.  7:19-CV-102(WLS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Orders of this Court filed September 22, 2022, and September 28, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $2,125.00.

This 29th day of September, 2022.

David W. Bunt, Clerk

s/  Robin L. Walsh, Deputy Clerk